UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

CASE NO: _____

IRENE RABINOVITZ,            :

    Plaintiff,                            :

vs.                                            :

ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION,       :

    Defendant.                         :
_____/

## C O M P L A I N T

    COMES NOW the Plaintiff, IRENE RABINOVITZ, by and through her undersigned counsel and sues the Defendant, ROYAL CARIBBEAN CRUISES LTD., A LIBERIAN CORPORATION, and states as follows:

1. That this is an action for damages in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest, costs and attorney=s fees.

2. That this Court has initial admiralty jurisdiction pursuant to <u>28 U.S.C. '1333</u> and the General Maritime Laws of the United States.  Furthermore, the Defendant has designated this Court as the jurisdiction and venue of choice in its ticket of passage

3. That at all times material, the Plaintiff, IRENE RABINOVITZ, was over the age of eighteen (18), a resident of Delray Beach, Florida, and in all material respects <u>sui juris</u>.

4. That at all times material, the Defendant, ROYAL CARIBBEAN CRUISES LTD., A

LIBERIAN CORPORATION, hereinafter referred to as ARCCL@, was a foreign corporation with its principle place of business in Miami-Dade County, Florida.

5. That at all times material, the Defendant, RCCL, was the owner and/or operator of the cruise vessel INDEPENDENCE OF THE SEAS.

6. That on or about January 2, 2015, the Plaintiff, IRENE RABINOVITZ, was a passenger on the INDEPENDENCE OF THE SEAS, having purchased a ticket of passage.

7. That on or about January 2, 2015, the Plaintiff, IRENE RABINOVITZ slipped and fell on a wet, greasy and slippery floor surface in the Johnny Rockets Restaurant on the INDEPENDENCE OF THE SEAS.

8. That at all times material hereto, the Defendant, RCCL, had a duty to use reasonable care under the circumstances, for the safety of its passengers, including the Plaintiff, IRENE RABINOVITZ.

9. That at all times material hereto, the Defendant, RCCL, breached its duty of care to the Plaintiff and was negligent in one or more of the following:

(a) The defendant negligently maintained the floor surface in the Johnny Rockets Restaurant, causing said surface to become wet, greasy;

(b) The defendant negligently created a dangerous condition, to wit, a wet, greasy and slippery floor surface in Johnny Rockets Restaurant;

(c) The defendant negligently failed to clean the floor surface despite prior knowledge that it was wet, greasy and slippery;

(d) The defendant negligently failed to warn the Plaintiff of the danger or hazard involved despite Defendant=s prior knowledge of said danger.

10.     That as a direct and proximate result of the negligence of the Defendant, the Plaintiff, IRENE RABINOVITZ, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, IRENE RABINOVITZ, demands judgment against the Defendant, ROYAL CARIBBEAN CRUISES LTD., A LIBERIAN CORPORATION for compensatory damages, including pre-judgment interest, and costs, all damages allowable by law and further demands trial by jury of all issues so triable as a matter of right, as well as any further relief as this Court deems just and appropriate.

Dated this September 22, 2015.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
9900 S.W. 107th Avenue
Suite 101
Miami, Florida 33176
Tel.: (305) 271-8282
Fax: (305) 595-9776

By: /s/Joel M. Barnett
    JOEL M. BARNETT
    FL BAR NO.: 248428